No. 206. D'OENCH, DUHME & Co., INC. *v.* FEDERAL DEPOSIT INSURANCE CORP. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Franklin E. Reagan* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Warner W. Gardner, Paul A. Sweeney, Francis C. Brown,* and *James E. Markham* for respondent.

No. 229. WRIGHT ET AL. *v.* LOGAN ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Elmer McClain* and *William Lemke* for petitioners. *Mr. Paul F. Jones* for respondents.

No. 238. UNITED STATES *v.* STATE OF NEW YORK; and
No. 251. STATE OF NEW YORK *v.* UNITED STATES. October 13, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Richard H. Demuth,* and *Michael H. Cardozo, IV,* for the United States. *Messrs. John J. Bennett, Jr.,* Attorney General, and *Henry Epstein,* Solicitor General, for the State of New York. Reported below: 118 F. 2d 537.

No. 245. CUDAHY PACKING CO. *v.* FLEMING, ADMINISTRATOR, WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. James V. Hayes* and *Robert E. Sher* for petitioner. *Assistant Solicitor General Fahy* and